FILED

2018 OCT 11 PM 4:10

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:18 CR 587 |
| LEON P. ROBINSON, III, | ) | Title 21, Sections 841(a)(1), (b)(1)(C) and 853, United States Code |
| Defendant. | ) | JUDGE GWIN |

COUNT 1
(Distribution of Heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about July 19, 2018, in the Northern District of Ohio, Eastern Division, Defendant LEON P. ROBINSON, III did knowingly and intentionally distribute approximately .35 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Heroin and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about July 25, 2018, in the Northern District of Ohio, Eastern Division, Defendant LEON P. ROBINSON, III did knowingly and intentionally distribute approximately .14 grams of a mixture or substance containing a detectable amount of heroin, a Schedule I

controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about August 8, 2018, in the Northern District of Ohio, Eastern Division, Defendant LEON P. ROBINSON, III did knowingly and intentionally distribute approximately .42 grams of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant LEON P. ROBINSON, III shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.